```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 28451
    BETSY VERENETT MALLETT
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-9113


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 07/18/2005 and was confirmed 09/01/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 11/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED           6325.00         657.66       6325.00
HSBC AUTO FINANCE          UNSECURED         3054.70            .00        305.47
OSI PORTFOLIO SERVICES     UNSECURED          292.99            .00         29.30
OSI COLLECTION SERVICE     NOTICE ONLY     NOT FILED            .00            .00
BLUE ISLAND WATER DEPT     UNSECURED        NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1593.78            .00        159.38
BLATT HASENMILLER LEIBSK   NOTICE ONLY     NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED           .00            .00
MRC RECEIVABLE             UNSECURED        NOT FILED           .00            .00
ASSET ACCEPTANCE CORP      UNSECURED        11527.27            .00       1152.73
ECMC                       UNSECURED         3087.93            .00        308.79
JEFFERSON CAPITAL SYSTEM   UNSECURED         1144.76            .00        114.48
ECMC                       UNSECURED         7855.66            .00        785.57
PROVIDIAN                  NOTICE ONLY     NOT FILED            .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                         806.15
DEBTOR REFUND              REFUND                                          655.47

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            14,000.00

PRIORITY                                        .00
SECURED                                    6,325.00
    INTEREST                                 657.66
UNSECURED                                  2,855.72
ADMINISTRATIVE                             2,700.00
TRUSTEE COMPENSATION                         806.15
DEBTOR REFUND                                655.47
                   ---------------      ---------------

            PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 05 B 28451 BETSY VERENETT MALLETT
```

```
TOTALS                                   14,000.00              14,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 03/09/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```